IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORFOLK SOUTHERN RAILWAY COMPANY | : : : | |
| | : | CIVIL ACTION |
| vs. | : : | |
| | : | |
| MID-ATLANTIC DISTRIBUTION COMPANY, INC. | : | NO. 02-CV-3642 |

O R D E R

**AND NOW,** this 6th day of December, 2002, counsel having notified the Court that the above captioned action has been settled, pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is **ORDERED** that this case is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

BY THE COURT:

_____
R. Barclay Surrick, Judge